UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-113-RBW |
| **SEALED** | : | UNDER SEAL |
| DUANE MCKINNEY | : | |
| and | : | |
| JOE D. LILES, | : | FILED |
| | : | APR 2 7 2007 |
| Defendants. | : | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves the Court to seal the Indictment and pleadings in this case until the defendant DUANE MCKINNEY is arrested. In support of this motion, the government states:

1. This Indictment was returned after extensive investigation into real estate fraud by the defendants. According to the government's evidence, the defendants used forged signatures of deceased persons on deeds to obtain and then sell properties in the District of Columbia and Maryland. Through this scheme, the defendant Duane McKinney obtained hundreds of thousands of dollars.

2. The government seeks an arrest warrant for defendant Duane McKinney at the time of the Indictment return.

3. Premature public notice of the Indictment could alert the defendant McKinney and others that these defendants have been indicted and could impede the arrest of the defendant.

4. Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental

interest which justify the temporary sealing of the indictment, this motion, and all other pleadings and filings made in connection with this indictment until: (a) the fact and particulars of investigation must be disclosed to the defendant; or (b) the government represents that the items covered by this motion can be made public without substantial risk of flight.

WHEREFORE, the government respectfully requests that this motion be granted and the Indictment and pleadings be sealed until the defendant DUANE MCKINNEY is arrested.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar No. 411980
Fraud/Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-9732