SEALED UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07 - 113 - RBW |
| | : | |
| v. | : | UNDER SEAL |
| | : | |
| DUANE MCKINNEY | : | |
| | : | |
| and | : | |
| | : | **FILED** |
| JOE D. LILES, | : | |
| | : | APR 2 7 2007 |
| Defendants. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

Based on the representations in the United States' Motion To Seal Indictment, this Court

makes the following:

## FINDINGS OF FACT

1.      The government has concluded a lengthy investigation during which it has learned

that the defendants used forged signatures of deceased persons on deeds to obtain and then sell

properties in the District of Columbia and Maryland.  Through this scheme, the defendant Duane

McKinney obtained hundreds of thousands of dollars.

2.      Neither the defendants nor the general public is aware of this indictment.

3.      The public docketing at this time of the indictment may foreclose the opportunity

for law enforcement to arrest the defendant Duane McKinney.

4.      Based on the representations in the United States' Motion To Seal Indictment and

this Court's above Findings of Fact, this Court also **FINDS** that there is a compelling

governmental interest in sealing the indictment at this time.[1]

---

[1]    See Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991).

Based on the above Findings of Fact, it is this 27th day of April 2007, hereby

**ORDERED** that this Order, the attached Motion To Seal Indictment and the Indictment and all pleadings relating to the Indictment shall be filed under seal in the Criminal Clerk's office until further order of the Court.

It is:

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Motion To Seal and the Order granting such motion, any bench warrants, and other pleadings and filings filed under seal in this case until further order of this Court.

_____
UNITED STATES MAGISTRATE JUDGE

copy to:

Virginia Cheatham
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530