AO83 (Rev. DC 4/2007) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:[1]  5/9/07    Date |

| Check one box below to indicate appropriate method of service |
|---|
| ☒ Served personally upon the defendant at: Courtroom #7 US District Court Washington DC |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |

**FILED**

MAY 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  5/9/07
            Date

G Wolsl
Name of United States Marshal

_____
(by) Deputy United States Marshal

RECEIVED 2007 MAY [illegible] U.S. MARSHALS OFFICE DISTRICT OF COLUMBIA

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.

AO83 (Rev. DC 4/2007) Summons in a Criminal Case                                              Return

# UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

JOE D. LILES

**SUMMONS IN A CRIMINAL CASE**

Case Number:   CR 07-113-2

**DOB:**  9/13/52

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | United States District Court<br>333 Constitution Ave., NW<br>Washington, DC  20001 | Courtroom No. | 7 |
|---|---|---|---|
| | | Date and Time | 5/9/07 at 1:45 pm |
| Before: | Magistrate Judge Alan Kay | | |

To answer a(n)
☑ Indictment   ☐ Information   ☐ Complaint   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

Charging you with a violation of:

18 USC 371 (Conspiracy); 18 USC 513 (Forged Securities), 18 USC 2 (Aiding and Abetting and Causing an Act to be Done).

The defendant will be arraigned on these charges before Magistrate Judge Kay on the date above. The defendant will then appear before Judge Reggie B. Walton on 5/11/07 at 11:00 am in Courtroom 16, 6th Floor in the Main Bldg for a Status Conference.

NANCY M. MAYER-WHITTINGTON, Clerk

by: _____            5/4/07
Signature of Issuing Officer                                     Date

Deputy Clerk