UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-0113 (RBW) |
| | : | |
| v. | : | |
| | : | |
| DUANE MCKINNEY | : | |
| | : | |
| and | : | |
| | : | |
| JOE D. LILES, | : | |
| Defendants. | : | |

### GOVERNMENT'S MOTION TO INTRODUCE EVIDENCE
### OF SELF-AUTHENTICATING DOCUMENTS
### PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11)

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves and provides notice of its intent to introduce business documents as self-authenticating documents pursuant to Federal Rules of Evidence 902(11).

### BACKGROUND

This indictment stems from a real estate fraud scheme. Defendant Duane McKinney (with the assistance of co-defendant Joe Liles) obtained title to D.C. and Maryland properties through forged deeds, that is, deeds which purported to be signed by the owners transferring the properties to defendant McKinney or a nominee. However, in truth, the owners did not agree to transfer their property; most of the owners were deceased at the time of the transfer and thus their signatures are forged on the deeds. These forged deeds were filed in the D.C. or P.G. County recorder of deeds or land records offices, thus officially, but fraudulently, "transferring" ownership to McKinney or his nominee.

Once the defendant gained ownership to the properties, he treated them as if he owned them by selling some and using others as collateral in an attempt to get mortgage loans. In all,

defendant McKinney wrongfully obtained approximately 16 properties, some of which he sold in order to obtain in excess of $770,000 of fraudulently gained funds.

## ANALYSIS

### Self-Authenticating Documents Pursuant to Rule 902(11) are Admissible.

The Federal Rules of Evidence allows for business records to be admitted in evidence at trial without a custodian of records testifying about their authenticity.[1] See Fed. R. Evid. 902(11). Rule 902(11) also directs the party intending to offer a record in evidence pursuant to the rule to provide notice and to make the documents and declarations available to the opposing party.

Federal Rule of Evidence 104(a) provides that preliminary questions concerning the admissibility of evidence shall be determined by the Court, and that in making such determinations courts are "not bound by the rules of evidence" (except those with respect to privileges). The government seeks to admit the documents themselves and not the declarations.

Pursuant to Rule 902(11), the government hereby gives written notice of its intention to introduce evidence consisting of business records from the following entities:[2]

Nextel Communications
Precision Settlement & Escrow
Bank of America
Alameda County Clerk - Recorder
Aspen Title & Escrow Corporation
District of Columbia's Office of the Secretary
District of Columbia's Recorder of Deeds
PNC Bank
Passport BMW
Maryland Office of the Secretary

---

[1] Alternatively, the defense may agree to stipulate that these records are admissible as business records.

[2] These materials have been made available to the defense in discovery.

Capital One Bank
First Premier
American Eagle Fund
American Express
Andrews Federal Credit Union
Capital One Auto Finance
Chase Manhattan
Circuit Court for Prince George's County - Land Records
Residential Mortgage Corporation
HSBC
MDA Capital, Inc.
Mortgage America Bankers
Option One Mortgage
The Home Depot
Wachovia Bank
Washington Gas
Best Auto Sales
Cosmopolitan Real Estate Settlements
H&R Auto Sales
Potomac Title
Genuine Title, LLC
Integrated Loan Services
Internal Revenue Service
New Century Mortgage Corporation
Wells Fargo Bank
Citibank
DCTV
D.C. Superior Court
Cingular Wireless
Executive Abstracting Company
D.C. Water and Sewer Authority
Pepco Holdings, Inc.
Experian Information Solutions
Sawari International Enterprise
Township of Jackson (New Jersey)
DeKalb County
District of Columbia, Department of Health
State of Maryland, Department of Health and Mental Hygiene
State of Maryland, State Registrar of Vital Records
Health Department, Loudoun County, Commonwealth of Virginia
Gomda Pro. Service
Mortgage America Bankers, LLC
Nations Tax Service, Inc.

Netspend Corporation
GEICO General Insurance Co.
Maryland Auto Insurance Fund
Pentagon Federal Credit Union
Verizon Washington
Verizon Maryland
Verizon Wireless
T-Mobile
Area Apprisal Services
Maryland Department of Labor, Maryland Real Estate Commission[3]

By seeking to admit evidence pursuant to Rule 902(11), the government anticipates that its witness list will be greatly reduced.[4]  Defense attorneys have been made aware of the existence of this motion, but have not yet had an opportunity to state their positions.

## CONCLUSION

The government hereby moves this Court to allow the government to introduce business records through Rule 902(11) declarations.

                                         Respectfully submitted,

                                         JEFFREY A. TAYLOR
                                         United States Attorney
                                         for the District of Columbia

By:     \_\_\_\_/s/_____
                                         VIRGINIA CHEATHAM
                                         Assistant U.S. Attorney
                                         Bar No. 411980
                                         555 4th Street, N.W.
                                         Washington, D.C.  20530
                                         (202) 514-9732

---

[3]The government reserves its right to amend this list if additional records are obtained before trial.  Copies of the documents and notice will be given to the defense.

[4]The government reserves the right to call representatives from some of these companies, if testimony would further explain actions taken by the defendants.

CERTIFICATE OF SERVICE

       I hereby certify that on July 27, 2007, a copy of the foregoing Motion and proposed Order has been sent via electronic case filing to: counsel for the defendant Joe D. Liles, Rudolph Acree, and counsel for defendant Duane McKinney, Howard Katzoff.

                                                                    _____/s/_____
                                                                      Virginia Cheatham
                                                                      Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 07-0113 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **DUANE MCKINNEY** | : | |
| | : | |
| and | : | |
| | : | |
| **JOE D. LILES,** | : | |
|          **Defendants.** | : | |

### ORDER

Upon consideration of the government's Motion to introduce business documents as self-authenticating documents pursuant to Federal Rules of Evidence 902(11), it is this ___ day of August 2007, hereby:

ORDERED that the government may proceed with declarations from custodians of records pursuant to Federal Rules Evidence 902(11).

_____
REGGIE B. WALTON,
UNITED STATES DISTRICT COURT JUDGE

copies to:
Virginia Cheatham
United States Attorney's Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530

Howard B. Katzoff, Esq.
717 D Street, N.W. Suite 310
Washington, D.C. 20004

Rudolph Acree, Esq.
1211 Connecticut Ave NW
Suite 506
Washington DC 20036