UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) ) ) v. ) JOE D. LILES ) ) Defendant. ) ) | Civil Action No. 07-113 (RBW) **FILED** NOV 1 5 2007 |

ORDER                NANCY MAYER WHITTINGTON, CLERK
                     U.S. DISTRICT COURT

Currently before the Court is defendant Joe Liles' Motion for Leave to Late File. Specifically, the defendant requests that the Court permit him to late file his Motion to Supress Statements of the Defendant. Upon consideration of defendant Liles' motion, it is hereby this 9th day of November, 2007,

ORDERED that defendant Liles' Motion for Leave to Late File is hereby **GRANTED**.

SO ORDERED.

                                    _____
                                    REGGIE B. WALTON
                                    United States District Judge