UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | Crim. No.: 07-0113 (RBW) |
| JOE D. LILES, | * | |
| Defendant, | * | |

\*   \*   \*   \*   \*   \*

**FILED**
NOV 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO SUPPRESS STATEMENTS OF THE DEFENDANT

Defendant Joe Liles, through counsel, respectfully moves this Court pursuant to, <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), and its progeny, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, to suppress all statements of the defendant. In support of this motion, counsel states the following:

1. Mr. Liles is charged with one count each of Conspiracy, and Forged Securities.

2. In August 2005, two individuals approached Mr. Liles, a Federal Bureau of Investigation agent and Mr. Ronald D. Williams, an agent from the Internal Revenue Service.

3. Without informing Mr. Liles of his Miranda rights, both agents began questioning Mr. Liles concerning his knowledge of, and his interaction with Mr. Duane McKinney to which he responded.

4. After being questioned by the two agents, Mr. Liles received a letter which he believed indicated that he was required to be present at a meeting concerning the conversation he had with the two agents.

5. At this meeting, Mr. Liles was again questioned, by the prosecutor, without having his Miranda rights read to him. Mr. Liles was in the room with the prosecutor, an assistant to the prosecutor, the F.B.I agent and the I.R.S. agent.

6. The statements in question were all derived from the aforementioned questioning that Mr. Liles was subjected to.

7. The totality of the circumstances surrounding the custodial interrogation indicate that the statements made by Mr. Liles were not voluntary and a violation of his due process rights.

**WHEREFORE**, for the reasons set forth in the attached memorandum of points and authorities and any reason that may appear at a hearing on this motion, Mr. Liles respectfully requests that this Court suppress his statements taken from an involuntary custodial interrogation in violation of his due process rights.

Respectfully Submitted

_____
Rudolph Acree, Jr. Esq.
Counsel for Joe D. Liles
1211 Connecticut Avenue
Suite 506
Washington, D.C. 20036
(202) 331-1961

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 26 day of October 2007, I caused a true and correct copy of the foregoing Defendant Liles Motion To Suppress Statement to be delivered to the parties in this matter via Electronic Case Filing (ECF).

_____
Rudolph Acree, Jr. Esq.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | * |
| | *   Crim. No.: 07-0113 (RBW) |
| JOE D. LILES, | * |
| | * |
| Defendant, | * |
| | * |

\*     \*     \*          \*          \*          \*          \*

**ORDER**

Upon Consideration of all the facts and evidence in the possession of the Court:

**IT IS HEREBY ORDERED,** that the Defendant, Mr. Liles Motion to Suppress Statements Made will be determined based upon an evidentiary hearing to be hold on \_\_\_\_ day of _____, 2007.

_____
Honorable Judge
United States District Court