UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Criminal No. 07-0113 (RBW) |
| | : | |
| v. | : | |
| | : | |
| DUANE MCKINNEY | : | |
| | : | |
| and | : | |
| | : | |
| JOE D. LILES, | : | |
| Defendants. | : | |

## GOVERNMENT'S PROPOSED VOIR DIRE QUESTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits the following proposed voir dire questions:

1. In this case, the Indictment charges the defendants Duane McKinney and Joe Liles with conspiracy to commit False Securities, that is forged property deeds. In addition, it charges Duane McKinney alone with theft, mail and wire fraud, and monetary transactions. Mr. McKinney is alleged to have used deceased persons' names on property deeds to take their properties and resell them; Mr. Liles is alleged to have used his notary public authority to notarize false deeds to assist Mr. McKinney. Mr. McKinney and Mr. Liles denies these allegations.

Is any member of the jury panel familiar with this case?

2. You may hear testimony about the following properties; they are as follows:

513 Florida Avenue NE

1544 New Jersey Ave NW

7 unimproved lots on the corner of 31st Street, S.E. and Pennsylvania Avenue, S.E.

916 7th Street NE

3319 Clay Place NE

5021 Hanna Place SE

4968 - 4972 Benning Road SE (apartment building)

1034 45th Street NE

4265 Edson Place NE

1927 3rd Street NE

4611 Clay Street NE

416 Carmody Hills Drive, Capitol Heights MD

1518 Nova Avenue Capital Heights MD

3610 S. Dakota Avenue NE

6108 9th Street NW (the garages in the rear of the property)

Is any member of the jury panel familiar with these specific addresses? For those who answered "yes," would anyone be unable to give a fair and impartial verdict because they are familiar with a particular property? Does anyone live so close to these addresses that they would be unable to give a fair and impartial verdict because they live so near to these addresses?

     3. This case involves notary publics. Is any member of the jury panel, or any member's close friends or relatives, an appointed and sworn notary public either in the District of Columbia or any other jurisdiction? For those who answered "yes," would you be unable to give a fair and impartial verdict because of your knowledge of notary procedures and requirements?

     4. The indictment alleges that forged property deeds were filed at the D.C. Recorder of Deeds and the Prince George's County Land Records office in Maryland. Does any member of the jury panel, or any members' close friends or relatives work at the D.C. Recorder of Deeds or

the Prince George's County Land Records office?  For those who answered "yes," would you be unable to give a fair and impartial verdict because of your relationship?

    5.  This case also involves the estates of deceased persons.  Is anyone a personal representative of an estate of a deceased person? Does any member of the jury panel work in the area of trusts and estates?  Does any members' close friends or relatives a personal representative or work in the area of trusts and estates? For those members of the jury panel who answered yes, is there anything about that experience that would prevent you from being fair and impartial in this case?

    6. Is any member of the jury panel, or your close friend or relative,  involved in the settlement process of selling real estate, that is: a title examiner, a settlement officer or attorney, a settlement processor, a real estate agent, an appraiser, a loan officer?  For those members who answered yes, is there anything about your relationship or your job which would prevent you from giving a fair and impartial verdict?

    7.  How many members of the jury panel own their own house?  How many own houses or property which they inherited from deceased relatives?  For those who answered "yes," is there anything about that experience which would prevent you from giving a fair and impartial verdict?

    8.  The Government may call the following witnesses during the trial: (List will be provided before trial). Does any member of the jury panel recognize the witnesses?  The government is represented by Assistant U.S. Attorney Virginia Cheatham.  Does any member of the jury panel recognize Ms. Cheatham?

9. Also present with the prosecutor is Special Agent Ron Williams from the IRS. Does any member of the jury panel recognize Agent Williams?

10. The attorney representing defendant Duane McKinney is Christopher Davis. Do any of you know Mr. Davis? The attorney representing defendant Joe Liles is Rudolph Acree. Do any of you know Mr. Acree?

11. Mr. Davis represents the defendant Duane McKinney. Do any of you know Mr. McKinney? Mr. McKinney's defense may call the following witnesses during trial (list of potential witnesses from the defense). Does any member of the jury panel recognize the witnesses?

12. Mr. Acree represents Mr. Liles. Do any of you know Mr. Liles? Mr. Liles' defense may call the following witnesses during trial (list of potential witnesses from the defense). Does any member of the jury panel recognize the witnesses?

13. The Federal Bureau of Investigation (FBI), along with the IRS, is responsible for investigating crimes which involve conspiracy, theft, and mail and wire fraud. In this case, one or more law enforcement agents may be called as witnesses. Would any of you be inclined to give either greater or lesser weight to the testimony of these agents simply because he or she is a law enforcement officer?

14. Does any of you know any other member of the jury panel, for example from work, school, socially, prior jury service or one's neighborhood?

15. Has any member of the jury panel ever studied law, practiced law or worked for a lawyer? Is there anything about that experience with would prevent you from being impartial in this case?

16. Have any of you, your relatives or close friends ever worked in any capacity for any law enforcement agency. Law Enforcement agency includes any police department, in or outside the District, special police officers, legal aide offices, prosecutor's offices, correctional officers, Department of Justice, U.S. Marshal, Sheriff's Department, Federal Bureau of Investigation, Internal Revenue Service, U.S. Secret Service, Capital Police. Is there anything about your experience which would cause you to be unable to render a fair and impartial verdict in this case?

17. Has any member of the jury panel worked for the Public Defender Service, the Federal Public Defender, or a criminal defense attorney? Has any member of the jury panel worked as or for a private investigator? Is there anything about your experience which would cause you to be unable to render a fair and impartial verdict in this case?

18. Have you or any immediate member of your family or any of your close friends been plaintiff or defendant in any civil court case? Is there anything about your experience which would cause you to be unable to render a fair and impartial verdict in this case?

19. Do any of you have any religious, moral, philosophical or other beliefs and opinions that would prevent you from rendering judgment in this case?

20. Do any of you have any reservations concerning the administration of criminal justice in the courts that would prevent you from rendering a fair and impartial verdict in this case?

21. The defendants have entered a plea of not guilty to the charges and denied criminal involvement in the actions alleged. In a criminal case, a defendant is presumed innocent unless and until the government proves his guilt beyond a reasonable doubt. A defendant need not produce any evidence whatsoever to prove his innocence. The burden is on the government to prove a defendant guilty beyond a reasonable doubt. This burden never shifts throughout the

trial.  If you find the government has failed to prove beyond a reasonable doubt any element of an offense with which the defendant is charged, you will have to find the defendant not guilty of that offense.  On the other hand, if you find that the government has proven beyond a reasonable doubt every element of the offense with which the defendant is charged, it will be your duty to find him guilty of that offense.  Will you have difficulty accepting or applying this rule of law?

22.  Within the last ten years, have you, or any close family members or close friends, ever been the victim of a crime, a witness to the crime, or arrested for or charged with a crime?

23.  Do any of you have any seeing or hearing problems, illnesses or other medical conditions that would make it difficult for you to sit as a juror in this case?  Do any of you need to take any medication that might cause drowsiness or otherwise make it difficult for you to remain alert and attentive during these proceedings?

24.  Is there any reason that you can think or whether or not it has been covered by a previous question, why you could not sit fairly , attentively, and impartially in this case?

                                                Respectfully submitted,

                                                JEFFREY A. TAYLOR  
                                                United States Attorney  
                                                for the District of Columbia

By:      \_\_\_\_/s/_____  
          VIRGINIA CHEATHAM  
          Assistant U.S. Attorney  
          Bar No. 411980  
          Virginia.cheatham@usdoj.gov  
          555 4th Street, N.W.  
          Washington, D.C.  20530  
          (202) 514-9732

CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of January 2008, a copy of the foregoing Government's Proposed Voir Dire has been sent via electronic case filing to: counsel for the defendant Joe D. Liles, Rudolph Acree, and counsel for defendant Duane McKinney, Christopher M. Davis.

                                          _____/s/_____
                                          Virginia Cheatham
                                          Assistant U.S. Attorney