# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **Criminal No. 07-0113 (RBW)** |
| | : | |
| **v.** | : | |
| | : | |
| **DUANE MCKINNEY** | : | |
| | : | |
| **and** | : | |
| | : | |
| **JOE D. LILES,** | : | |
| **Defendants.** | : | |

## GOVERNMENT'S EXHIBIT LIST

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| 1a | Chart - Properties and Deeds | | | |
| 1b | Chart - Properties and Deeds (second page) | | | |
| 2 | Chart - Sales of Properties | | | |
| 3 | Chart - monetary transaction Count 7 | | | |
| 4 | Chart - monetary transaction Count 8 | | | |
| 5 | Chart - monetary transaction Count 9 | | | |
| 6 | Photo of 1544 New Jersey Ave NW | | | |
| 7 | Photo of 7 lots on Pennsylvania Ave SE | | | |
| 8 | Photo of 916 7th Street NE | | | |
| 9 | Photo of 3319 Clay Place NE | | | |
| 10 | Photo of 5021 Hanna Place SE | | | |
| 11 | Photo of Benning Road SE | | | |
| 12 | Photo of 1034 45th Street NE | | | |
| 13 | Photo of 4265 Edson Place NE | | | |
| 14 | Photo of 4611 Clay Street NE | | | |

1

| No. | Description | Witness | Obj'n | A  dm. |
|---|---|---|---|---|
| 15 | Photo of 1927 3rd Street NE | | | |
| 16 | Photo of 3610 S. Dakota Avenue NE | | | |
| 17 | Photo of 6108 9th Street NW (rear) | | | |
| 18 | Photo of 416 Carmody Hills Drive Capitol Hts MD | | | |
| 19 | Photo of 1518 Nova Ave. Capitol Hts MD | | | |
| 20 - 27 | Photographs of automobiles | | | |
| MISC3 | Declaration from Sec. of State - Notary Div. * | | | |
| MISC4 - MISC-5 | Records from Sec. of State - Notary Div. | | | |
| MISC6 - MISC-7 | A letter from DC Office of the Secretary | | | |
| MISC9 | Declaration from DC Office of the Secretary * | | | |
| MISC16 | Declaration from H&R Auto Sales * | | | |
| MISC17 - MISC30 | Records from H&R Auto Sales | | | |
| MISC34 | Declaration from Washington Gas * | | | |
| MISC35 - MISC47 | Records from Washington Gas | | | |
| MISC 52a, MISC 1289a | Declarations from Best Auto Sales* | | | |
| MISC52 - MISC103, MISC 1289 | Records from Best Auto Sales | | | |
| MISC 107 | Declaration from Swari International* | | | |
| MISC 108 | Record from Swari International | | | |

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| MISC 473 | Declaration from Residential Mortgage Corporation * | | | |
| MISC 474-484 | Records from Residential Mortgage Corporation | | | |
| MISC 678a | Certification from Social Security Administration* | | | |
| MISC 678, 683 - 690 | Certified copies of records from Social Security Administration | | | |
| MISC 901a | Declaration from Mortgage America Bankers, LLC * | | | |
| MISC 901 - MISC 951, MISC 958 - 961 | Records from Mortgage America Bankers, LLC | | | |
| MISC 962 | Declaration from Verizon * | | | |
| MISC 963 - 973 | Records from Verizon | | | |
| MISC 974, 976 | Declaration from T-Mobile* | | | |
| MISC 975 | Subscriber record from T-Mobile | | | |
| MISC 978 | Declaration from Maryland Real Estate Licensing Commission* | | | |
| MISC 993, 995-996 | Records from Maryland Real Estate Licensing Commission | | | |
| MISC 1003 - 1006 | MPD police report regarding theft from Kristen Vincent | | | |
| MISC 1011 - 1040 | Material Relating to Vivian Kwok | | | |
| MISC 1041 | Declaration from Verizon * | | | |
| MISC 1042 | Subscriber information, Metropolitan Title | | | |
| MISC 1264 | Declaration from Cingular * | | | |
| MISC 1265 - 1274 | Subscriber and toll records for McKinney | | | |

3

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| MISC 1275 - 1287 | Plea Agreement and Statement of Offense as to Qiyao Yuan | | | |
| MISC 1290<br><br>MISC 1291, 1292 | Declaration *<br><br>Copy of Duane McKinney's Maryland Driver's License | | | |
| MISC 1293<br><br>MISC 1294 | Declaration *<br><br>Copy of Duane McKinney's DC Driver's License | | | |
| MISC 1295- 1306 | Plea Agreement and Statement of Offense as to Ping Chen | | | |
| MISC 1307<br><br><br><br>MISC 1307A | Tape recording of voice mail messages and conversations between Defendant McKinney and Lender<br><br>Transcript of same | | | |
| MISC 1310A<br><br>MISC 1310 - 1316 | Declaration from Recorder of Deeds *<br><br>Real property recordation and transfer tax forms | | | |
| CERT 8a<br><br><br>CERT8 - CERT 36<br>CERT 39 - CERT  45 | Declaration from DC Recorder of Deeds *<br><br>Certified copies of Deeds from DC Recorder of Deeds | | | |
| CERT 8 (enlarged) | Enlargement of CERT 8 | | | |
| CERT 46<br><br><br>CERT 47 | Declaration from Township of Jackson, New Jersey *<br><br>Death Certification for William Demsey | | | |
| CERT 48A<br><br>CERT 48 | Declaration from Georgia Department of Human Resources *<br><br>Certified copy of Death Certificate for Ronald Washington | | | |

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| CERT 49 - 52 | IRS Tax Records for Brotherhood of Men for years 2003, 2004, 2005, 2006 | | | |
| CERT 55 - 73 | Lack of Federal Tax Return for Duane McKinney for 2003 and 2006. And tax returns for the other years. | | | |
| CERT 75A<br><br>CERT 75 | Declaration *<br><br>Death Certificate for Lillie Richardson | | | |
| CERT 75A<br><br>CERT 76 | Declaration *<br><br>Death Certificate for Lillian Archer | | | |
| CERT 75A<br><br>CERT 77 | Declaration *<br><br>Death Certificate for Neta Dickens | | | |
| CERT 75A<br><br>CERT 78 | Declaration *<br><br>Death Certificate for Theodore Dickens | | | |
| CERT 75A<br><br>CERT 79 | Declaration *<br><br>Death Certificate for Elsie York | | | |
| CERT 80A<br><br>CERT 80 | Declaration *<br><br>Certified copy of Death Certificate for John Harrington | | | |
| CERT 81A<br><br>CERT 81 | Declaration *<br><br>Death Certificate for Leona Harrington | | | |
| CERT 80A<br><br>CERT 82 | Declaration *<br><br>Death Certificate for Elwood Marks, Jr. | | | |
| CERT 80A<br><br>CERT 83 | Declaration *<br><br>Death Certificate for Margaret Eason | | | |

| No. | Description | Witness | Obj'n | A  dm. |
|-----|-------------|---------|-------|--------|
| CERT 80A<br><br>CERT 84 | Declaration *<br><br>Death Certificate for Garnette Woods | | | |
| CERT 85 | Certified copy of Death Certificate for Edna Gordon | | | |
| CERT 88<br><br>CERT 94 - 97<br><br>CERT 98 - 100 | Declaration from P.G. County Land Records *<br><br>Deed and intake sheet - Carmody Hills<br><br>Deed and intake sheet - Nova Ave | | | |
| CERT 101<br><br>CERT 102 - 103 | Declaration from Alameda County *<br><br>Death Certificate for Emma Williamson-Neal | | | |
| CERT 120 - 122 | Certified copies of Amended Complaint, McKinney v. Estate of Elwood Marks | | | |
| CERT 123 - 124 | Certified copies of Consent Order Dempsey v. Brotherhood | | | |
| CERT 125 | Certified copy of Death Certificate for Hester Graham | | | |
| CERT 126A<br><br>CERT 126 | Declaration from State Registrar of Health Statistics for the State of Alabama *<br><br>Death certificate for Emanuel Graham | | | |
| CERT 127 | Certified copy of counter complaint Marks v. McKinney | | | |
| CERT 128-129 | Certified copy of "Answer" of Vincent Dorsey | | | |
| CERT 130 | Certified copy of letter from Vincent Dorsey to Judge Zeldon | | | |
| CERT 131 | Certified copy of first page of Disclaimer by Anthony Dorsey | | | |

6

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| CERT 132 | Certified copy of Counterclaim McKinney v. Loan Services LLC | | | |
| CERT 133 | Certified copy of 05-cv-2404 (RBW) Change of Address by Defendant Duane McKinney | | | |
| CERT 134-135 | Certified copy of Complaint in McKinney v. Vincent Dorsey | | | |
| CERT 136 - 162 | Certified copy of hearing in case of Mooring Tax Group v. Elwood J. Marks, Jr. | | | |
| CERT 163 - 167 | Certified copies of deeds from DC Recorder of Deeds | | | |
| S1 | Business card for Duane McKinney recovered from execution of search warrant on 266 Harry S Truman Drive | | | |
| S1895 - 1900 S 1912 - 1918 | Sales contracts and forms for 1034 45th Street NE | | | |
| S1990 to S 1997 | Documents from lap top computer and disks from inventory search of car, June 10, 2005 | | | |
| S1998 to S 2030 | Documents from briefcase, inventory search of car, June 10, 2005 | | | |
| S2031 to S2046 | Documents from black back pack, inventory search of car, June 10, 2005 | | | |
| S2047 to S 2062 | Documents from inventory search of car, June 10, 2005 | | | |
| S308, S312, S317-27, S329, S393, S417, S539-40, S556-57, S589, S636, S797, S1161-68 S1189-90, S1231, S1788 | Documents recovered from execution of search warrant on 1035 10th Street NE, April 2007 | | | |

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| TC1 - TC20 | Potomac Title Records | | | |
| TC21 | Declaration from Potomac Title * | | | |
| TC22 - TC64 | Potomac Title Records | | | |
| TC65 | Declaration from Executive Abstracting * | | | |
| TC66 - TC81 | Executive Abstracting business records | | | |
| TC 82A | Declaration from Executive Title * | | | |
| TC82 - TC161 | Executive Title business records | | | |
| TC 429A | Declaration from Aspen Title & Escrow | | | |
| TC429 - TC485 | Aspen Title & Escrow business records | | | |
| TC622A | Declaration from Cosmopolitan Real Estate Settlements* | | | |
| TC 624 - 744 | Cosmopolitan Real Estate Settlements business documents | | | |
| BK 2, BK 320 - 321, BK731, BK 1075 - 1076, BK 1262, BK 1084, BK 1118, BK 1232, BK 1223 | Declarations from Bank of America (BOA)* | | | |
| | | | | |
| BK 7 | Bank of America Signature Card for account #004469657537 in the name of The Brotherhood of Men | | | |
| BK 212 - BK 214 | Bank of America signature card for account #001922787488 in the name of The Brotherhood of Men | | | |
| BK 1264 - 1265 | Bank of America signature care for account #1922787468 in the name of Brotherhood of Men | | | |

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| BK 322 - BK 323 | Bank of America signature card for account #004689418682 in the name of Duane McKinney | | | |
| BK16 - BK 339, BK 732 - BK 953, BK 1064 - 1074, BK 1077 - BK 1082, BK 1085 - 1094, BK 1134 - BK 1159, BK 1219 | Bank of America records for the above-listed accounts and VISA account #4888 6032 1739 5334 | | | |
| BK 1232 | Declaration from Bank of America* | | | |
| BK 1233 | Bank of America signature card for account # 446001156562 in the name of Duane McKinney DBA Corey L. Douglas | | | |
| BK 1234 - BK 1259, BK 1120 - BK 1132 | Bank of America records for the above-listed account | | | |
| BK 1160A | Declaration from Bank of America * | | | |
| BK 1160 | Bank of America Signature card for account # 0039365425029 in the name of Duane McKinney DBI Corey L. Douglas (expense account) | | | |
| BK1161 - BK 1177 | Bank of America records for the above-listed acount | | | |
| BK 1223 | Declaration from Bank of America * | | | |
| BK 1224 - 1225 | Cashier's Check to Appraisal Service and cash in ticket | | | |
| BK 1270 | Declaration from Bank of America | | | |
| BK 1271 - 1274 | Cash out tickets and Customer Receipts | | | |

| No. | Description | Witness | Obj'n | A  dm. |
|---|---|---|---|---|
| BK513 | Declaration from Andrews Federal Credit Union * | | | |
| BK 124 | Signature card for account # 220068415 in the name of The Brotherhood of Men | | | |
| BK 514 | Signature card for account #220043913 in the name of Duane McKinney | | | |
| BK 125 - 148, BK 154 - 189, BK 194 - 199, BK 368 - BK 409, BK724, BK 964 - 1035 | Bank records from Andrew FCU in the above-listed accounts and for VISA card #4452 4400 0301 3292 | | | |
| BK340 | Declaration from Capitol One * | | | |
| BK341- BK367 | Bank records from Capitol One in the name of Duane McKinney | | | |
| BK 954a | Declaration from Wachovia * | | | |
| BK 954 - BK 962 | Wachovia Bank records for account # 1010161366753 in the name of Duane McKinney | | | |
| BK 1178 | Declaration from Wachovia * | | | |
| BK 1179-1180 | Wachovia signature card | | | |
| BK 1181-BK 1210 | Wachovia Bank records for account # 1010161366753 in the name of Duane McKinney | | | |
| BK 1211A | Declaration from Wachovia * | | | |
| BK 1211 - 1218 | Wachovia Bank records for account # 1010172693693 in the name of Duane McKinney | | | |

| No. | Description | Witness | Obj'n | A dm. |
|---|---|---|---|---|
| BK 1097A | Declaration from PNC Bank * | | | |
| BK 1097 | PNC Bank signature card for account # 5304708289 in the name of Duane McKinney | | | |
| BK 1098 - 1116<br>BK 1220 - 1221 | PNC Bank records for account # 5304708289 in the name of Duane McKinney | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

By:     _____/s/_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
Virginia.cheatham@usdoj.gov
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-9732

CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January 2008, a copy of the foregoing Government's
Exhibit List has been sent via electronic case filing to: counsel for the defendant Joe D. Liles, Rudolph
Acree, and counsel for defendant Duane McKinney, Christopher M. Davis.

_____/s/_____
Virginia Cheatham
Assistant U.S. Attorney

12