UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-0113(RBW) |
| | : | |
| v. | : | |
| | : | VIOLATIONS: |
| | : | |
| **JOE D. LILES,** | : | **18 U.S.C. § 513 (Forged Securities).** |
| Defendant. | : | **22 DC Code §2405 (False Statements).** |

### S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney informs the Court:

### COUNT ONE

### (Forged Securities)

Between in or about September 2003 to in or about February 2005, in the District of Maryland, the defendant JOE D. LILES did make, utter, and possess forged securities of a State, with the intent to deceive another person, organization, or government, in that the defendant LILES falsely signed his name, affixed his seal, and attested that he saw "grantors" sign deeds and that the "grantors" "personally appeared before [him] in said District, the said being personally well known to [him] as the person who executed the said deeds and acknowledged the same to be his/her act and deed," when, in fact, the "grantors" did not sign the deeds and did not personally appear before the defendant LILES.

**(Forged Securities, in violation of
Title 18, United States Code, Section 513)**

## COUNT TWO

### (False Statements)

Between in or about September 2003 to in or about February 2005, in the District of Columbia, the defendant JOE D. LILES did willfully make a written false statement that was in fact material to the District of Columbia's Recorder of Deeds, an instrumentality of the District of Columbia government, on the Real Property Recordation and Transfer Tax Forms, a writing which indicated that the making of a false statement is punishable by criminal penalties, under circumstances in which the statement could reasonably be expected to be relied upon as true.

**(False Statements, in violation of
22 D.C. Code, Section 2405)**

JEFFREY A. TAYLOR

United States Attorney
for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar # 411980
Virginia.cheatham@usdoj.gov
United States Attorneys Office
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530