UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-113-02 (RBW) |
| | : | |
| v. | : | |
| | : | FILED |
| **JOE D. LILES,** | : | JAN 1 6 2008 |
| Defendant. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

STATEMENT OF THE OFFENSE

Pursuant to Fed. R. Cr. P. 11, defendant Joe D. Liles agrees and stipulates as follows:

From 2003 to 2005, defendant Joe D. Liles assisted defendant Duane McKinney in obtaining title to District of Columbia and Maryland properties through forged deeds, that is, deeds which purported to be signed by the owners transferring the properties to McKinney or his company, The Brotherhood of Men, but in fact, were not signed by the owners. The vast majority of the owners were deceased at the time of the forged and false deeds, and therefore could not have signed their names. Two of the owners were alive; however, they did not sign their names to the deeds. The co-defendant McKinney asked defendant Liles to "notarize" the signatures of persons who were not present and who had not signed the deeds. Agreeing to this request, defendant Liles signed as notary on about eleven deeds falsely stating that he saw the owners sign the deeds as grantors and that the owners "personally appeared before [him]." Once the forged and false deeds were notarized, the defendant McKinney filed the deeds or caused the deeds to be filed with the District of Columbia's Recorder of Deeds and the Prince George's Circuit Court Land Records. Mr. Liles also signed and notarized at least two District of Columbia's Real Property Recordation and Transfer Tax Forms, notarizing signatures of deceased persons. These forms were also filed with the D.C. Recorder of Deeds.

Regarding the specifics of the Information, Mr. Liles willfully made a false statement in writing, that is, that property owners appeared before him to execute the Real Property Recordation and Transfer Tax Forms. The statements of the owners were "material," that is important to the D.C. Recorder of Deeds in that the owners must be alive and present to deed their property over to someone else. These statements were made to the D.C. Recorder of Deeds, an instrumentality of the D.C. government, under circumstances in which the statement could reasonably be expected to be relied upon as true. Finally, the Real Property Recordation and Transfer Tax Forms indicate that the making of a false statement is punishable by criminal penalties.

>
> Respectfully submitted,
>
> JEFFREY A. TAYLOR
> United States Attorney
> for the District of Columbia

By: _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
Bar No. 411980
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

**DEFENDANT'S ACCEPTANCE**

I have read every word of this Statement of Offense. Pursuant to Fed. R. Cr. P. 11, after consulting with my attorney, I agree and stipulate to this Statement of Offense, and declare under penalty of perjury that it is true and correct.

Date: 1-16-08

Joe D. Liles
Defendant

I concur with his decision to stipulate to this Statement of Offense.

Date: 1/16/08

Rudolph Acree, Esq.
Attorney for the Defendant