UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-113-02 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **JOE D. LILES,** | : | |
| **Defendant.** | : | |

GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to continue the sentencing hearing currently scheduled for April 4, 2008 in the above-captioned case. In support of its motion, the government submits the following:

1. The defendant has been cooperating with the government since pleading guilty in this case. In particular, the defendant is assisting in the case of <u>United States</u> v. <u>Duane McKinney</u>, Cr. No. 07-113-01 (RBW). The defendant is scheduled to testify in Mr. McKinney's trial, which is set to continue on April 3, 2008, if Duane McKinney is found competent to stand trial.

2. Therefore, the government requests that the defendant's sentencing hearing be postponed until sometime in late May 2008, and that the Court schedule a sentencing hearing at a time mutually convenient to the parties and the Court for sometime after May 27, 2008.

3. The defense attorney does not oppose this request.

Conclusion

Therefore, the government respectfully requests that the sentencing hearing be continued for a sentencing date for sometime on or after May 27, 2008.

                                      Respectfully submitted,

                                      JEFFREY A. TAYLOR
                                      United States Attorney

By: _____/s/_____
     VIRGINIA CHEATHAM
     D.C. Bar #411980
     Assistant U.S. Attorney
     Virginia.cheatham@usdoj.gov
     Fraud/Public Corruption Section
     555 4th Street, N.W.
     Washington, D.C. 20530
     (202) 514-9732

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2008, that a copy of the foregoing Motion and proposed Order was served by electronic case filing to Rudolph Acree, Esq., Counsel for Defendant Liles and delivered by electronic mail to the Probation Office.

_____/s/_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-113-02 (RBW) |
| | : | |
| **v.** | : | |
| | : | |
| **JOE D. LILES,** | : | |
| **Defendant.** | : | |

**ORDER**

This matter comes before the Court upon the government's unopposed Motion to Continue Sentencing Hearing.  For the reasons stated therein, it is this ___ day of February 2008,

ORDERED that the sentencing hearing scheduled for April 4, 2008 is continued, and it is further

ORDERED that any sentencing memoranda are to be filed no later than _____, and it is further

ORDERED that the defendant shall be sentenced on _____ at _____ a.m./p.m.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record