UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 07-113-02 (RBW) |
| | : |
| v. | : |
| | : |
| JOE D. LILES, | : |
| Defendant. | : |

GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, moves to continue the sentencing hearing currently scheduled for May 30, 2008 in the above-captioned case. In support of its motion, the government submits the following:

1. The defendant has been cooperating with the government in the case of the co-defendant, Duane McKinney.

2. A jury found the co-defendant Duane McKinney guilty of 11 of the 14 counts charged in the Superseding Indictment. Duane McKinney's sentencing hearing is scheduled for July 15, 2008.

3. Both this defendant, Joe Liles, and the co-defendant, Duane McKinney have some sentencing issues in common, most notably the issue of restitution. The restitution issue is complicated by the fact that many of the victims were "estates" of deceased individuals. The government is researching whether these estates remain "open" and are capable of receiving restitution. In addition, the government is seeking forfeiture of two properties; if the Court accepts the government's forfeiture allegations, then the victim estates may receive the property back, and there may be less need for a monetary restitution order. Finally, the government seized

money and vehicles from co-defendant McKinney. If the Court finds that this money and these vehicles are forfeitable, then these funds may be used to offset restitution, thus reducing the amount of restitution which should be ordered to be paid by both defendants.

    4. Because of these complicating restitution issues, the government seeks (and defense attorney Acree does not oppose), a motion to continue this sentencing date until after July 15, 2008.

    5. The defense attorney does not oppose this request.

## Conclusion

Therefore, the government respectfully requests that the sentencing hearing be continued for a sentencing date for sometime after July 15, 2008.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:  _____/s/_____
VIRGINIA CHEATHAM
D.C. Bar #411980
Assistant U.S. Attorney
Virginia.cheatham@usdoj.gov
Fraud/Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732

## CERTIFICATE OF SERVICE

I hereby certify that on this 9[h] day of May, 2008, that a copy of the foregoing Motion and proposed Order was served by electronic case filing to Rudolph Acree, Esq., Counsel for Defendant Liles and delivered by electronic mail to the Probation Office.

_____/s/_____
VIRGINIA CHEATHAM
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 07-113-02 (RBW) |
| | : | |
| v. | : | |
| | : | |
| **JOE D. LILES,** | : | |
| **Defendant.** | : | |

## ORDER

This matter comes before the Court upon the government's unopposed Motion to Continue Sentencing Hearing. For the reasons stated therein, it is this ___ day of May 2008,

ORDERED that the sentencing hearing scheduled for May 30, 2008 is continued, and it is further

ORDERED that any sentencing memoranda are to be filed no later than _____, and it is further

ORDERED that the defendant shall be sentenced on _____ at _____ a.m./p.m.

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record