**FILED**

MAY 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 07-113-02 (RBW) |
| | : | |
| v. | : | |
| | : | |
| JOE D. LILES, | : | |
| Defendant. | : | |

### ORDER

This matter comes before the Court upon the government's unopposed Motion to Continue Sentencing Hearing. For the reasons stated therein, it is this 16th day of May 2008,

ORDERED that the sentencing hearing scheduled for May 30, 2008 is continued, and it is further

ORDERED that any sentencing memoranda are to be filed no later than September 24, 2008, and it is further

ORDERED that the defendant shall be sentenced on October 1 at 9:00 (a.m.) p.m.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

Copies to Counsel of Record